THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* ALZAMON I. LUCAS, Appellant.

(Submitted February 11, 1929; decided February 13, 1929.)

*William F. Love,* District Attorney (*William L. Clay*
of counsel), for motion.

No one opposed.

Motion denied.

CLAIRE SUGG, Respondent, *v.* GEORGE WANDLING,
Appellant.

(Submitted February 11, 1929; decided February 19, 1929.)

Motion for reargument denied, with ten dollars costs
and necessary printing disbursements. (See 250 N. Y.
517.)